**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**v.**<br><br>**AVTANDIL KALANDADZE,**<br><br>**Defendant.** | **Case No. 26-cr-24** BAH<br><br>**Filed Under Seal** |

**GOVERNMENT'S NOTICE TO UNSEAL**

The United States of America, by and through its undersigned counsel, respectfully submits this Notice to Unseal a redacted version of the warrant application in the above captioned matter. On February 12, 2026, the Court ordered that this case would remain sealed until the government filed a Notice to Unseal with the Clerk's office. The government provides notice that, consistent with the Court's order, the Clerk of Court should immediately unseal the indictment and this case.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By: */s/ Jonathan R. Hornok*

Jonathan R. Hornok
Texas Bar No. 24130828
Assistant United States Attorney
601 D Street, N.W., Room 5.224
Washington, D.C. 20004
202.815.9015
Jonathan.Hornok@usdoj.gov

RECEIVED
FEB 17 2026
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia