IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA   :   Case No: 1:26-cr-24

:

:

:

:

v.   :

:   **FILED**

AVTANDIL KALANDADZE   :   AUG 0 7 2026

:   Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Defendant.   :

## JUDICIAL ORDER OF REMOVAL

Upon the application of the United States of America, by Christopher Tortorice, Assistant United States Attorney, District of Columbia, upon the Factual Allegations in Support of Judicial Removal; upon the consent of AVTANDIL KALANDADZE ("the defendant") and upon all prior proceedings and submissions in this matter; and full consideration having been given to the matter set forth herein, the Court finds:

1.     The defendant is not a citizen or national of the United States.

2.     The defendant is a native of Georgia and a citizen of Georgia.

3.     The defendant was paroled into the United States for prosecution via San Juan, Puerto Rico on or about February 15, 2026.

4.     At the time of sentencing in the instant criminal proceeding, the defendant will be convicted in the United States District Court, District of Columbia, of knowingly fail to obey an order from an authorized federal law enforcement officer to heave to in violation of 18 U.S.C. § 2237(a)(1).

5.     The maximum sentence for violation of 18 U.S.C. § 2237(a)(1) is five years of

imprisonment.

6.    The defendant is, and at sentencing will be, subject to removal from the United States pursuant to INA § 212(a)(7)(A)(i)(I) [8 U.S.C. § 1182(a)(7)(A)(i)(I)] as an immigrant who, at the time of admission, was not in possession of a valid unexpired immigrant visa, reentry permit, border crossing card, or other valid entry document required by the Immigration and Nationality Act.

7.    The defendant has waived his right to notice and a hearing under Section 238[(d)](c) of the INA, 8 U.S.C. § 1228[(d)](c).

8.    The defendant has waived the opportunity to pursue any and all forms of relief and protection from removal.

WHEREFORE, pursuant to Section 238[(d)](c) of the INA, 8 U.S.C. § 1228[(d)](c), the United States of America requests that the Court, at the time of sentencing, order that the defendant be removed from the United States to Georgia.

Dated: August 7th, 2026

_____
THE HONORABLE BERYL HOWELL
UNITED STATES DISTRICT JUDGE